THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARCUS MCCRACKEN,

Plaintiff,

v.

COASTAL ALASKA PREMIER SEAFOODS, LLC, F/V LILLI ANN, LLC, and the F/V LILLI ANN,

Defendants.

Case No. 2:18-cv-01702-JLR

**STIPULATION FOR ORDER OF DISMISSAL AND [~~PROPOSED~~] ORDER DISMISSING THE CASE**

Clerk's Action Required

## STIPULATION FOR ORDER OF DISMISSAL

COME NOW the parties to this action and agree and stipulate that it may be dismissed with prejudice without costs or fees to any party.

DATED this 26 day of February, 2019.

HOLMES WEDDLE & BARCOTT, P.C.

/s/ Michael A. Barcott
Michael A. Barcott, WSBA #13317

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Attorneys for Defendants
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com

DATED this 25th day of February, 2019.

O'BRYAN BAUN KARAMANIAN

Gary Wm. Baun, *Admitted Pro Hac Vice*
Attorney for Plaintiff
401 S. Old Woodward Ave., Suite 463
Birmingham, MI 48009
Telephone: (248) 258-6262
Email: gbaun@obryanlaw.net

DATED this 25th day of February, 2019.

DAVIS LAW GROUP, P.S.

Christopher M. Davis, WSBA 23234
Attorney for Plaintiff
2101 Fourth Ave., Suite 1030
Seattle, WA 98121
Telephone: (206) 727-4000
Email: chris@davislawgroupseattle.com

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

JLR

**~~[PROPOSED]~~ ORDER DISMISSING THE CASE**

Based on the filing of the Stipulation for Dismissal in the above captioned matter it is hereby ORDERED that this case shall be and is hereby dismissed with prejudice and without costs to any party.

DATED this 27th day of Feb., 2019.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented By:

HOLMES WEDDLE & BARCOTT, P.C.

/s/ Michael A. Barcott
Michael A. Barcott, WSBA #13317
Attorneys for Defendants
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com

O'BRYAN BAUN KARAMANIAN

Gary Wm. Baun, *Admitted Pro Hac Vice*
Attorney for Plaintiff
401 S. Old Woodward Ave., Suite 463
Birmingham, MI 48009
Telephone: (248) 258-6262
Email: gbaun@obryanlaw.net

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

DAVIS LAW GROUP, P.S.

Christopher M. Davis, WSBA 23234
Attorney for Plaintiff
2101 Fourth Ave., Suite 1030
Seattle, WA 98121
Telephone: (206) 727-4000
Email: chris@davislawgroupseattle.com

**Stipulation to Dismiss - 4**
*McCracken v. Coastal Alaska, et al., No. 2:18-cv-01702*

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2019, a true and correct copy of the foregoing was sent via ECF System to:

Gary Wm. Baun
O'Bryan Baun Karamanian
401 S. Old Woodward Ave., Suite 463
Birmingham, MI 48009
(248) 258-6262, (248) 258-6047
gbaun@obryanlaw.net

Christopher M. Davis, WSBA 23234
Davis Law Group, P.S.
2101 Fourth Ave., Suite 1030
Seattle, WA 98121
(206) 727-4000
chris@davislawgroupseattle.com

Holly H. Mote

G:\4979\31383\Pleading\DRAFTS\Stipulation Order of Dismissal.docx

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289